Frank Leone, an Infant, by His Guardian ad Litem, Emma Leone, Respondent, v. James Renz and Another, Doing Business under the Firm Name and Style of American Transportation Service, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

Emma Leone, Respondent, v. James Renz and Another, Doing Business under the Firm Name and Style of American Transportation Service, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of Title Guarantee and Trust Company, as Executor, etc., of Margaret Weidesweiler, Also Known as Margaretha or Margaret Wedesweiler or Wedersweiler, Deceased, Respondent, for the Examination of Andrew Lazare, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

William Maas and Others, Suing on Behalf of Themselves, etc., Plaintiffs, and Ernestine Mazur, Intervenor, Respondent, v. Francis Sullivan and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

John Giannelli, Respondent, v. Gennaro Doyno, Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, without costs. The verified bill of particulars to be served 'within ten days from service of order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

Charlotte J. Herbst, Respondent, v. Anna La Velle, Appellant.— Order so far as appealed from modified by further granting motion for a bill of particulars as to items 4, 5 and 11, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

William A. Burns, Appellant, v. James F. Hasbrouck and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

Samuel J. Wagstaff and Another, Partners, etc., Respondents, v. Fred F. French and Others, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

Samuel C. Nessler, Respondent, v. Robert K. Taylor and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

Lillian B. Wechsler, Respondent, v. Elbeco Realty Corporation and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.